UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NACHELL TRENT,

    Plaintiff,

v.                                     Case No.   3:23-cv-1154-MMH-JBT

ALLMAN ENTERPRISES, LLC,
d/b/a McDonald's,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court <u>sua sponte</u>. On March 18, 2024, the Court entered an Order administratively closing this case pending further Order of the Court. <u>See</u> Order (Dkt. No. 18; Order). The Court also provided that the parties shall have until May 17, 2024, to file a joint stipulation of dismissal or other appropriate documents to close out this file. <u>See id.</u> The Court noted that, if the parties did not file settlement pleadings or a request for additional time by May 17, 2024, this case would automatically be deemed to be dismissed without prejudice. <u>See id.</u> As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of May, 2024.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record